■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN F. INDIVERO, JR., Appellant. [624 NYS2d 1001] —Judgment unanimously affirmed. Memorandum: We reserved decision and remitted this matter to Onondaga County Court for a reconstruction hearing *(People v Indivero,* 202 AD2d 989) in accordance with our decision in *People v Mitchell* (189 AD2d 337). That hearing has been held. The contention of defendant that the court erred in finding that defendant was present at an in-chambers *Sandoval* conference is without merit; the record of the reconstruction hearing fully supports that finding.

Defendant's conviction is supported by legally sufficient evidence, and the verdict is not against the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490, 495). We

further conclude that the jury's rejection of defendant's affirmative defense is not against the weight of the evidence *(see,* Penal Law § 40.15; *People v Patterson,* 39 NY2d 288, *affd* 432 US 197).

The contention of defendant that he was denied effective assistance of counsel is without merit *(see, People v Rivera,* 71 NY2d 705, 708-709; *People v Baldi,* 54 NY2d 137, 146-147).

Finally, we conclude that defendant's remaining contention is without merit *(see, People v Miller,* 194 AD2d 230, 232, *lv denied* 83 NY2d 913). (Resubmission of Appeal from Judgment of Onondaga County Court, Mulroy, J.) Present—Green, J. P., Balio, Lawton, Doerr and Boehm, JJ.